UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL D. VANCE,**

    Petitioner,

                                      CASE NO. 2:09-CV-11368
v.                                     HONORABLE GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

**DEBRA SCUTT,**

    Respondent.

_____/

## JUDGMENT

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered this date,

    IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus be, and the same hereby is, CONDITIONALLY GRANTED.

Dated: February 29, 2012

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/Josephine Chaffee
                                                      DEPUTY COURT CLERK